IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ADP INC.,

          Plaintiff,

v.                              CIVIL ACTION NO. ED CV09-01311 JRG (DTBx)

DONCO ENTERPRISES INC, et al.,

          Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order accepting the parties' Stipulation of Judgment [Docket 23], the court **ORDERS** that judgment be entered in favor of the plaintiff, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                                      ENTER:     March 2, 2010

                                      Joseph R. Goodwin, Chief Judge